IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| MARK A. NEWBERRY, | |
| Plaintiff, | |
| | Case No. 3:18-cv-00045 |
| vs. | |
| | District Judge Walter H. Rice |
| MONTGOMERY COUNTY CHILD SUPPORT AGENCY, *et al.*, | Magistrate Judge Sharon L. Ovington |
| Defendants. | |

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #9), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on September 4, 2018 (Doc. #9) is ADOPTED in full;

2. Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (Doc. #7) is GRANTED; and

3. The case is terminated on the docket of the Court.

December 20, 2018

_____
Walter H. Rice
United States District Judge